UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

William Richard Iverson,

Petitioner,

vs. ORDER

Warden Dingle, State of Minnesota,

Respondent. Civ. No. 02-340 (DSD/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 14th day of March, 2002.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon the Petitioner's Petition for Writ of Habeas Corpus, see, Title 28 U.S.C. §2254, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

On February 26, 2002, we issued an Order to Show Cause, to the Respondent, giving him five days to inform the Court regarding the Petitioner's mental status, and twenty days to respond to the Petition for Writ of Habeas Corpus, which was filed on February 4, 2002. On March 14, 2002, the Court was advised by the Respondent that he never received our prior Order, and consequently did not comply with the enclosed deadlines. We are consequently issuing this Order, directing them to appropriately respond.

FILED MAR 14 2002
RICHARD D. SLETTEN, CLERK
JUDGM...
DEPUTY CLERK

NOW, THEREFORE, It is --

ORDERED:

1. That the Respondents are directed to inform the Court, within 5 days from the date of this Order, about the Petitioner's current mental status, as he claims that he has been mentally committed, and consequently requests appointment of counsel. The Court will then rule on the Petitioner's Motion for Appointment of Counsel at that time.

2. That the Respondents are directed to show cause, within 20 days from the date of this Order, why relief should not be granted:

a. By making a Return in writing;

b. By filing with the Court a reasoned memorandum of law and fact fully stating the Respondent's legal position, and views on the need for this Court to conduct an evidentiary hearing on the merits of the Petition given the requirements of the applicable statutes and the pertinent United States Supreme Court authorities.

Absent compliance with this Order within the 20 day period, the Court will entertain a motion to grant relief to the Petitioner forthwith.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE