UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

William Richard Iverson,

Petitioner,

vs. ORDER

Warden Dingle, State of Minnesota,

Respondents. Civ. No. 02-340 (DSD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 25th day of April, 2002.

* * *

The Petitioner has filed a Petition for a Writ of Habeas Corpus which claims that he is being illegally detained by the Respondents for reasons which are violative of his rights under the Constitution, laws or treaties of the United States. He had also previously applied to proceed in forma pauperis, thereby waiving the $5.00 statutory filing fee, and we granted his Motion on February 26, 2002. See, Docket No. 6. At that time, and again on March 14, 2002, we requested that the Respondent provide us information regarding the Petitioner's mental status, as he was requesting an appointment of counsel, and we had serious concerns about his ability to present his claims to the Court. See, Docket Nos. 6 and 9. We have now received the requested documentation

(15)

FILED APR 25 2002
[illegible] TEN, CLERK
[illegible] ITD
[illegible] CLERK

from the Respondent, and are satisfied that, under the provisions of Title 18 U.S.C. §3006A(a)(2)(B),[1] the interests of justice require an appointment of counsel, in order that the Petitioner can properly advise the Court of his Habeas claim. We further conclude that he is financially unable to retain counsel. Given these circumstances, we direct the Federal Defender's Office to appoint a member of the Federal Defender's Panel to represent the Petitioner in this matter.

NOW, THEREFORE, It is --

ORDERED:

1. That the Petitioner's Motion for Appointment of Counsel [Docket No. 3] is GRANTED.

2. That the Federal Public Defender's Office is directed to immediately appoint a member of the Federal Defender's Panel to represent to Petitioner in this matter.

---

[1]Section 3006A(a)(2) provides, in pertinent part, as follows:

> Whenever the United States magistrate judge or the court determines that the interest of justice so require, representation may be provided for any financially eligible person who * * * is seeking relief under section 2241, 2254 or 2255 of title 28.

3. That the Petitioner's appointed counsel submit a Memorandum of Law regarding the Petitioner's Habeas Petition, and the Respondent's pending Motion to Dismiss, **by June 14, 2002.**

4. That the Respondent submit any Reply to the submitted Memorandum **by July 1, 2002.**

5. Barring any further extensions of time, which will be considered on an appropriate Motion, the Petition for Writ of Habeas Corpus will be taken under advisement by this Court once we receive the Respondent's reply, if one is submitted.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE