UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-CV-349 (DSD/RLE)

| | | |
|---|---|---|
| WILLIAM RICHARD IVERSON, Petitioner, | ) | |
| v. | ) | ORDER |
| WARDEN DINGEL, STATE OF MINNESOTA Respondent. | ) | |

Based on the motion of the Petitioner, William Richard Iverson, it is hereby Ordered that the Petitioner shall have until July 10, 2002, to submit a memorandum in support of his Petition for Habeas Corpus, through his appointed counsel. It is noted that counsel for the State of Minnesota has no objection to Mr. Iverson's motion.

Date: June 19, 2002

Raymond C Erickson
Honorable Judge Magistrate Erickson
United States District Court

FILED JUN 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK