UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

William Richard Iverson,

Petitioner,

vs.

ORDER

Warden Dingle and
State of Minnesota,

Respondents.

Civ. No. 02-340 (DSD/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. That the Respondent's motion to dismiss [Docket No. 10] is granted.

2. That the Petitioner's current Petition for a Writ of Habeas Corpus [Docket No. 1] is summarily dismissed.

BY THE COURT:

Judge David S. Doty
United States District Court

DATED: 2/28/03
At Minneapolis, Minnesota

FILED 2-28-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK