# UI 'ED STATES COURT OF / 'EALS

## FOR THE EIGHTH CIRCUIT

No. 03-2405

| | | |
|---|---|---|
| William Richard Iverson, | * | |
| Appellant, | * | CV02 340 DSD/RLE |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Lynn Dingle, Warden, | * | District of Minnesota |
| | * | |
| Appellee. | * | |

Before RILEY, BOWMAN and SMITH, Circuit Judges

**JUDGMENT**

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

(5361-010199)

September 25, 2003

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

FILED OCT 24 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____